UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JANUS SHUMWAY, Individually,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.: 1:21−cv−05034 |
| : | Honorable Matthew F. Kennelly |
| **JANKI HOSPITALITY, INC. d/b/a** : | |
| **RODEWAY INN WAUKEGAN, an Illinois** : | |
| **Corporation,** : | |
| : | |
| **Defendant.** : | |
| _____/ | |

**DEFAULT JUDGMENT**

THIS CAUSE is before the Court for consideration of Plaintiff's Motion for Entry of Default Judgment [D.E. 11](the Motion), filed on December 14, 2021. The Court has reviewed the record and notes the default entered by the Clerk of the Court on November 23, 2021 [D.E. 10].

A Adefendant, by his default, admits the plaintiff's well pleaded allegations of facts as set forth in the complaint, *Eagle Hosp. Physicians, LLC., v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009). Following the entry of a default judgment, final judgment pursuant to Rule 55(b), *Fed. R. Civ. P.*, may be entered if there is a sufficient basis in the pleadings to support the relief sought, *Tyco Fire & Sec., LLC., v. Alcocer*, 218 F. App'x 860, 863 (11th Cir. 2007).

Accepting the well-pleaded allegations of the Complaint as true, Plaintiff has demonstrated that she is entitled to injunctive relief under the Americans With Disabilities Act (AADA), 42 U.S.C. § 1281, *et. seq*.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff=s Motion for Entry of Default Judgment [D.E. 11] is **GRANTED**. Default

Judgment is entered in favor of Plaintiff, JANUS SHUMWAY and against Defendant, JANKI HOSPITALITY, INC. d/b/a RODEWAY INN WAUKEGAN.

2. Within four months from this date, Defendant is ORDERED to revise its online reservations system operated for reserving rooms at the hotel known as RODEWAY INN WAUKEGAN and located at 630 N Green Bay Road, Waukegan, IL 60085 to comply with 28 C.F.R. § 36.302(a), and implement a policy to monitor and maintain the system so that it remains in compliance.

3. The Plaintiff is, in addition, entitled to recover her attorney=s fees, costs, expert fees and litigation expenses in the amount of $4,080.

DONE AND ORDERED in chambers at Chicago, Illinois this 23rd day of December, 2021.

_____
United States District Judge